*Order Entered February 28, 2005*:

HEALTH CALL OF DETROIT v ATRIUM HOME & HEALTH CARE SERVICES, INC, Docket No. 244633. The Court orders that a special panel shall be convened pursuant to MCR 7.215(J) to resolve the conflict between this case and *Environair, Inc v Steelcase, Inc,* 190 Mich App 289 (1991).

The Court further orders that part III of the opinion released on February 1, 2005, is vacated. MCR 7.215(J)(5).

Appellant may file a supplemental brief within 21 days of the Clerk's certification of this order. Appellee may file a supplemental brief within 21 days of service of appellant's brief. Nine copies must be filed with the Clerk of the Court.

*Order Entered April 15, 2005*:

PEOPLE v JOHNIGAN, Docket Nos. 250909, 251408. On the Court's own motion, the March 22, 2005, 9:00 a.m., dissenting opinion is hereby amended.

The dissenting opinion contained the following language in the third sentence of paragraph two on page one: "At oral argument, it was admitted that defendant testified in other proceedings that he mastermined and executed the murders." That sentence of the dissenting opinion is hereby deleted and replaced with the following sentence: "At the murder trial for codefendants Ernest Gordon III and Corey McCullough, defendant testified that he alone, not his codefendants, killed Ian French."

In all other respects, the dissenting opinion remains the same.